

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00374-CV

Jerry L. **GORE**,
Appellant

v.

Katherine Gore **WALTERS**, Individually, and on Behalf of KAG, LLC, and Gore Enterprises, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08333
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the parties' joint motion to withdraw the interlocutory appeal is GRANTED; this appeal is DISMISSED. Costs of this appeal are taxed against the party that incurred them.

SIGNED May 29, 2013.

_____
Patricia O. Alvarez, Justice